

1  KATHERINE JOHNSON (CA SBN 259854)
   JOHN B. ACIERNO III (CA SBN 257170)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933                    **IT IS SO ORDERED.**
   San Diego, CA 92177-0933          **Signed January 26, 2010**
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385

                                     *Arthur S. Weissbrodt*
                                     **Arthur S. Weissbrodt
                                     U.S. Bankruptcy Judge**

6  Attorneys for  HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NAAC
7                 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 09-58650-ASW |
| THAI XUAN TRAN AND HONG TRAN, | Chapter 13 |
| | R.S. No. KLJ-721 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: December 15, 2009<br>TIME: 2:00 PM<br>CTRM: 3020 |
| Debtor(s). | Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on December 15, 2009, at 2:00 PM, in Courtroom 3020, upon the Motion of HSBC Bank USA, National Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Thai Xuan Tran and Hong Tran ("Debtors") commonly known as 2500 East 2nd Street Unit 1771, Reno, Nevada 89502 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 30.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

- 2 -
Case: 09-58650   Doc# 33   Filed: 01/26/10   Entered: 01/26/10 13:26:06   Page 2 of 3

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Thai Xuan Tran
2800 Glen Sharon Way
San Jose, CA 95148

Hong Tran
2800 Glen Sharon Way
San Jose, CA 95148

David A. Boone
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Debtor Attorney

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Washoe County Treasurer
P.O. Box 30039
Reno, NV 89520-3039